BEFORE THE UNITED STATES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: ROUTE 91 HARVEST FESTIVAL SHOOTINGS ) ) ) | MDL NO. 2864 |

## OPPOSITION TO MGM'S MOTION TO TRANSFER AND CENTRALIZE PURSUANT TO 28 U.S.C § 1407

Mark P. Robinson, Jr., Esq.
California Bar No. 54426
Daniel S. Robinson, Esq.
California Bar No. 244245
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288; Fax (949) 720-1292
mrobinson@robinsonfirm.com

Kevin R. Boyle, Esq.
California Bar No. 192718
Rahul Ravipudi, Esq.
Nevada Bar No. 14750
**PANISH SHEA & BOYLE LLP**
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 560-5520; Fax: (702) 975-2515
boyle@psblaw.com

Robert T. Eglet, Esq.
Nevada Bar No. 3402
Robert M. Adams, Esq.
Nevada Bar No. 6551
Cassandra S.M. Cummings, Esq.
Nevada Bar No. 11944
**EGLET PRINCE**
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
(702) 450-5400; Fax: (702) 450-5451
eservice@egletlaw.com

*Attorneys for Plaintiffs*
*Rachel Sheppard, Lotus Herrera, Special*
*Administrator of the Estate of Brian Fraser,*
*Stephanie Fraser as the Guardian Ad Litem*
*for Aubree Fraser and Brayden Fraser,*
*Nicholas Robone, Anthony Robone, Jovanna*
*Calzadillas and Francisco Calzadillas*

This Opposition to MGM's Motion to Transfer and Centralize Pursuant to 28 U.S.C. § 1407 is filed on behalf the following victims of the Mandalay Bay 1 October Shooting and named Plaintiffs in *Sheppard, et al. v. Mandalay Bay, LLC f/k/a Mandalay Corp.* ("*Sheppard*"), currently pending in the United States District Court for the District of Nevada: Rachel Sheppard; Lotus Herrera, Special Administrator of the Estate of Brian Fraser; Stephanie Fraser as the Guardian Ad Litem for Aubree Fraser and Brayden Fraser; Nicholas Robone; Anthony Robone; Jovanna Calzadillas; and Francisco Calzadillas (collectively, "*Sheppard* Plaintiffs").

The Panel should deny MGM's Motion to Transfer and Centralize because MGM failed to meet its burden to demonstrate that centralization is appropriate under 28 U.S.C. §1407 for the following reasons:

1. A vast majority of the victims named either as plaintiffs or defendants in the lawsuits MGM seeks to centralize are represented by a coordinated group of common counsel;
2. The number of actions involved is far too minimal to support centralization;
3. Transfer and centralization are generally not necessary where there are common issues of law, particularly where, as here, that issue of law was manufactured by the movant;
4. MGM is acting with improper motives in seeking centralization; and
5. The victims are uniformly opposed to centralization.

Accordingly, the *Sheppard* Plaintiffs respectfully request this Panel deny MGM's Motion to Transfer and Centralize all actions arising out of the Mandalay Bay 1 October Shooting.

Dated August 14, 2018.

/s/Robert T. Eglet, Esq.
Robert T. Eglet, Esq.
Robert M. Adams, Esq.
**EGLET PRINCE**

/s/Mark P. Robinson, Esq.
Mark P. Robinson, Esq.
Daniel S. Robinson, Esq.
**ROBINSON CALCAGNIE, INC.**

/s/Kevin R. Boyle, Esq.
Kevin R. Boyle, Esq.
Rahul Ravipudi, Esq.
**PANISH SHEA & BOYLE**